```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
WILLIAM HEPWORTH,

                 Plaintiff,
                                        ORDER
         -against-                      15-CV-1493(JS)(GRB)

SHERIFF VINCENT F. DEMARCO,

                 Defendant.
----------------------------------X
APPEARANCES
For Plaintiff:      William Hepworth, pro se
                    14008127
                    Nassau County Correctional Center
                    100 Carman Avenue
                    East Meadow, NY 11554

For Defendant:      No appearance
```

SEYBERT, District Judge:

On March 12, 2015, incarcerated pro se plaintiff William Hepworth ("Plaintiff") filed a Complaint in this Court pursuant to 42 U.S.C. § 1983 ("Section 1983") against Suffolk County Sheriff Vincent F. DeMarco ("Defendant"), accompanied by an application to proceed in forma pauperis.

Upon review of the declaration in support of the application to proceed in forma pauperis, the Court finds that Plaintiff's financial status qualifies him to commence this action without prepayment of the filing fee. See 28 U.S.C. §§ 1914(a); 1915(a)(1). Therefore, Plaintiff's request to proceed in forma pauperis is GRANTED.

The Clerk of the Court is directed to forward a copy of the Summons, Complaint, and this Order to the United States Marshal

Service for service upon the Defendant without prepayment of fees, and to serve notice of entry of this Order in accordance with Rule 77(d)(1) of the Federal Rules of Civil Procedure by mailing a copy of this Order to the pro se Plaintiff at his last known address. See FED. R. CIV. P. 5(b)(2)(C).

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: April  6 , 2015
       Central Islip, New York